Nancy K. McCombs
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone:  (415) 678-2626
Email: mcintiremccombs@gmail.com

Attorney for Plaintiff
Pouneh Mortazavi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Pouneh Mortazavi, | ) |
| Plaintiff, | ) Civil Action No. CV 10 03161 EMC |
| | ) |
| v. | ) STIPULATED REQUEST EXTENDING |
| | ) TIME TO FILE MOTION FOR SUMMARY |
| MICHAEL J. ASTRUE, | ) JUDGMENT OR REMAND AND |
| Commissioner of the Social Security | ) PROP~~O~~SED ORDER. |
| Administration, | ) |
| | ) |
| Defendant | ) |

The parties request that plaintiff shall have an additional sixty days, to and including February 18, 2011, in which to move for summary judgment.  This is a change from the original date of December 20, 2010.

(2) Plaintiff seeks additional time because Attorney Nancy McCombs is away traveling for much of the holiday season and has a heavy case load when she returns in January.

////

////

////

-1-

1 DATED: Dec. 10, 2010            By: /S/ *Nancy K. McCombs*
                                       NANCY K. MCCOMBS,
2                                      Attorney for Plaintiff

3 DATED: Dec. 13, 2010            By: /S/ *Brenda M. Pullin*
                                       BRENDA M. PULLIN,
4                                      Attorney for Defendant

5

6 IT IS SO ORDERED:

7 DATED:    Jan. 4, 2011          By: _____
                                       Edward M. Chen
8                                      Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court*
*Northern District of California*