1  MELINDA L. HAAG
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  GERALYN GULSETH C.S.B.N. 160872
5  Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8923
7       Facsimile: (415) 744-0134
8       E-Mail: Geralyn.Gulseth@ssa.gov
   Attorneys for Defendant
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   POUNEH MORTAZAVI,           )    Case No. 3:10-cv-3161-EMC
14       Plaintiff,            )
                               )
15                             )    STIPULATED REQUEST EXTENDING
   v.                          )    TIME TO FILE DEFENDANT'S
16                             )    CROSS-MOTION FOR SUMMARY
   MICHAEL J. ASTRUE,          )    JUDGMENT AND OPPOSITION
17 Commissioner of Social Security, ) TO PLAINTIFF'S MOTION FOR
         Defendant.            )    SUMMARY JUDGMENT; ORDER
18                             )
19 _____

20     The parties request that Defendant shall have an additional 30 days, to and including
21
   April 20, 2011, in which to file a cross-motion for summary judgment and opposition to
22
23 plaintiff's motion for summary judgment.

24     Defendant seeks additional time due to her workload, which includes other district court
25
   briefs, as well as her mentoring duties.
26     Plaintiff's Reply to be filed 14 days after Defendant files.
27
28

Stipulation for Extension of Time and Proposed Order

| | | | |
|---|---|---|---|
| 1 | DATED: | March 17, 2011 | By: s/ *Nancy K. McCombs* |
| 2 | | | [per e-mail authorization] |
| 3 | | | NANCY K. McCOMBS, |
| | | | Attorney for Plaintiff |

DATED:   March 17, 2011

MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   s/ *Geralyn Gulseth*
GERALYN GULSETH
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated March 21, 2011

By: _____
Edward M. Chen
Magistrate Judge

Stipulation for Extension of Time and Proposed Order